**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RODNEY PETE,

      Plaintiff,

v.                              CASE NO.  4:12cv353-RH/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and

recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

opinion.  The clerk must enter judgment stating, "This case is DISMISSED

without prejudice."  The clerk must close the file.

SO ORDERED on November 1, 2012.

                    s/Robert L. Hinkle_____
                    United States District Judge